UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>D. COREE, et al.<br><br>            Defendants. | 1:22-cv-001119-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402 filing fee for this action. **No requests for extension of time will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 6, 2022**                  /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

1