UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>D. COREE, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-01119-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Doc. 8) |

    Plaintiff Jeremy Jones is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 27, 2023, the Court issued its First Screening Order. (Doc. 7.) The Court found Plaintiff had failed to state a claim upon which relief could be granted. (*Id*. at 21.) He was directed to file a first amended complaint, curing the deficiencies identified in the order, within 21 days of the date of service of the order. (*Id*. at 22.)

    On July 24, 2023, Plaintiff filed his request for an extension of time within which to file a first amended complaint. His request is dated July 17, 2023, and states he "only just received" the Court's screening order. (Doc. 8.) Plaintiff requests an extension of time "to properly amend his complaint." (*Id*.)

//

//

1 | Good cause appearing, Plaintiff's request for an extension of time within which to file a first amended complaint (Doc. 8) is **GRANTED**. Plaintiff **SHALL** file his first amended complaint **within 30 days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 25, 2023**                                   /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE