|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>D. COREE, et al.,<br><br>            Defendants. | Case No.: 1:22-cv-01119-JLT-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS**<br><br>(Doc. 17) |

Plaintiff Jeremy Jones is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      INTRODUCTION**

On May 30, 2025, the undersigned issued Findings and Recommendations to Dismiss Certain Claims and Defendant Following Screening of the Second Amended Complaint. (Doc. 16.) Plaintiff was afforded 14 days to file any objections to the Findings. (*Id*. at 19-20.)

On June 20, 2025, Plaintiff filed a Request for an Extension of Time. (Doc. 17.)

## II.  DISCUSSION

Plaintiff requests a 30-day extension of time within which to file objections to the Findings and Recommendations. (Doc. 17.) He states the 14-day objection deadline "will have passed" before his Priority Library User (PLU) Request and Declaration — completed June 11, 2025, and attached as an exhibit to his request — "gets processed" and "granted." (*Id*. at 1-2.)

For good cause shown, Plaintiff's request for an extension of time within which to file objections to the Findings and Recommendations will be granted.

## III.  CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** Plaintiff's request for an extension of time (Doc. 17) is **GRANTED**. Plaintiff SHALL file any objections to the Findings and Recommendations **no later than July 14, 2025**.[1]

IT IS SO ORDERED.

Dated:   **June 23, 2025**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] 5/30/2025 + 14 days = 6/13/2025. 6/13/2025 + 30 days = 7/13/2025. Because July 13, 2025, falls on a Sunday, the deadline extends to the following Monday.

2