UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. COREE, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-01119-JLT-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS**<br><br>(Doc. 19) |

Plaintiff Jeremy Jones is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　　INTRODUCTION**

On May 30, 2025, the undersigned issued Findings and Recommendations to Dismiss Certain Claims and Defendant Following Screening of the Second Amended Complaint. (Doc. 16.) Plaintiff was afforded 14 days to file any objections to the Findings. (*Id*. at 19-20.)

On June 20, 2025, Plaintiff filed a Request for an Extension of Time. (Doc. 17.) The request was granted, and Plaintiff was to file objections no later than July 14, 2025. (*Id*. at 2.)

On July 17, 2025,[1] Plaintiff filed a second Request for Extension of Time, seeking another 30 days within which to file objections. (Doc. 19.)

## II.    DISCUSSION

Plaintiff requests another 30-day extension of time to file objections to the Findings and Recommendations. (Doc. 19.) He states a severe medical condition has made it difficult for him to read and write, and reading in particular triggers migraines. (*Id*.)

For good cause shown, Plaintiff's request for a second extension of time within which to file objections to the Findings and Recommendations will be granted.

## III.    CONCLUSION AND ORDER

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** Plaintiff's request for an extension of time (Doc. 19) is **GRANTED**. Plaintiff SHALL file any objections to the Findings and Recommendations **no later than August 13, 2025**.[2]  No further extensions of time will be entertained absent a showing of extraordinary good cause.

IT IS SO ORDERED.

Dated:    **July 21, 2025**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The request is dated and signed July 13, 2025.

[2] 7/15/2025 + 30 days = 8/13/2025.