1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**JEREMY JONES,**                                    Case No. 1:22-cv-01119-JLT-SKO (PC)

12
                                        Plaintiff,   **ORDER GRANTING DEFENDANTS'**
13                                                   **MOTION FOR ADMINISTRATIVE**
                                                     **RELIEF FOR A 14-DAY EXTENSION**
14            **v.**                                 **OF THE DEADLINE TO FILE A**
                                                     **MOTION TO DISMISS**
15   **COREE, et al.,**

16                                      Defendants.  (Doc. 38)

17

18        Pending before the Court is Defendants Stovall, Jackson, Ahlmeyer, Igbinosa, Valdez,

19   Brown, Pena, Mejia, Thomas, Grewal, Garcia, Ramos, Goree, Cortez, Montes, Castro, and

20   Navarro's motion, under Local Rule 233(a), for administrative relief to extend their December 15,

21   2025, responsive pleading deadline.

22        Good cause appearing, the Court **HEREBY ORDERS** that Defendants' motion is

23   **GRANTED**. The deadline to file a responsive pleading is extended to December 29, 2025.

24
     IT IS SO ORDERED.
25

26   Dated:   **December 15, 2025**              /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE
27

28