UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>                Plaintiff,<br><br>        v.<br><br>D. COREE, et al.,<br><br>                Defendants. | Case No.: 1:22-cv-01119-JLT-SKO (PC)<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO MAKE INQUIRY AND TO FILE A STATUS REPORT CONCERNING DEFENDANT JIMENEZ WITHIN 14 DAYS** |

Plaintiff Jeremy Jones is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

On August 22, 2025, this Court issued its Order Finding Service Appropriate. (Doc. 25.) The Court ordered service of process to include Defendant "**Jimenez**, allegedly employed as a correctional officer at KVSP between March 2020 and September 2022." (*Id*. at 2, emphasis in original.)

1    On October 16, 2025, the California Department of Corrections and Rehabilitation
2 (CDCR) filed a notice of intent not to waive service concerning Defendant Jimenez. (*See* Doc.
3 34.)
4    On November 14, 2025, the United States Marshal (USM) filed its USM-285 form
5 indicating service of Defendant Jimenez could not be effected. (Doc. 36.)
6    As explained below, the Court will order counsel for the appearing Defendants to file a
7 status report within 14 days regarding the service of Defendant Jimenez.

8    **II.   DISCUSSION**

9    Shortly after receipt of the USM-285 form concerning Defendant Jimenez, the Court
10 reviewed the form and the CDCR Notice of E-Service Waiver form that preceded it, and noted a
11 discrepancy. The discrepancy involves CDCR's reference to Defendant Jimenez as "R. Jimenez"
12 on its waiver form despite the fact the Court did not identify a first initial in its service order.
13    More specifically, in CDCR's waiver form, under the heading "ADDITIONAL
14 INFORMATION" on the right-hand side, appears the following entry: "Unable to identify. Per
15 KVSP Litco, KVSP has no record of a **R. Jimenez** ever working at KVSP." (Emphasis added.)
16 Because Plaintiff's operative complaint does not include a first initial for Defendant Jimenez (*see*
17 Doc. 12, generally),[1] the Court attempted to determine how this discrepancy arose. It noted that
18 Plaintiff's second amended complaint listed the named defendants using the alphabet rather than
19 numerals. (*Id*. at 5.) Defendant Jimenez's name appears beside the letter "R." However, Plaintiff
20 did not identify or allege that Jimenez's first name began with an "R." It instead appears that the
21 "R" was added or inserted by CDCR and/or the litigation coordinator at Kern Valley State Prison
22 (KVSP).
23    In mid-November 2025, the Court reached out to the USM concerning the discrepancy,
24 and asked the USM to inquire of KVSP whether it employed a correctional officer with the
25 surname "Jimenez" between March 2020 and September 2022 without regard to a specific first

---

[1] Plaintiff identified this individual as "C/O Jimenez" in the caption of his second amended complaint (Doc. 12 at 1) and again as "C/O Jimenez" in his list of named defendants (*id*. at 5) and in "Claim #1" (*id*. at 10-11), "Claim #2 (*id*. at 11), and "Claim #3 (*id*. at 15-16). Plaintiff did not use a first initial in any of those instances.

initial. Despite three email inquiries directed to the litigation coordinator at KVSP in November and December 2025 and in January 2026, the USM has received no response thus far.

In light of the discrepancy and the significant passage of time without a response to the USM's inquiries, the Court will direct defense counsel to contact CDCR and the litigation coordinator at KVSP to determine whether any individual bearing the surname Jimenez was employed as a correctional officer at KVSP between March 2020 and September 2022. The Court will further direct defense counsel to file a status report, within 14 days, advising the Court of the outcome of counsel's specific inquiry. Once the Court is in receipt of the status report, it will determine whether further service of process efforts by the USM should be undertaken.

### III.    CONCLUSION AND ORDER

For the reasons given above, the Court **HEREBY ORDERS** that:

1. Defense counsel is **DIRECTED** to contact the CDCR and litigation coordinator at KVSP to determine whether any individual bearing the surname Jimenez (without reference to the first initial "R.") was employed as a correctional officer at KVSP between March 2020 and September 2022;

2. **Within 14 days** of the date of this order, counsel **SHALL** file a status report to advise the Court concerning the outcome of the inquiry.

IT IS SO ORDERED.

Dated:   **January 9, 2026**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

3