# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

          Plaintiff,

    v.

D. COREE, et al.,

          Defendants.

Case No.: 1:22-cv-01119 JLT SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

(Doc. 46)

Plaintiff seeks to hold defendants liable for violations of his constitutional rights while housed at Kern Valley State Prison. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to deny plaintiff's motion for injunctive relief. (Doc. 46.) The Court served the Findings and Recommendations on the parties, notified them that any objections were due within 14 days, and warned them that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id*. at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections have been filed.

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus. the Court **ORDERS**:

1.  The Findings and Recommendations issued on January 30, 2026 (Doc. 46) are **ADOPTED** in full.

2.  Plaintiff's motion for injunctive relief (Doc. 23) is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

UNITED STATES DISTRICT JUDGE

2