IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**GOREE, et al.,**<br><br>Defendants. | Case No. 1:22-cv-01119-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT JIMENEZ'S MOTION FOR ADMINISTRATIVE RELIEF FOR A 14-DAY EXTENSION OF THE DEADLINE TO FILE A MOTION TO DISMISS** |

Plaintiff, a pro se prisoner, brings this civil rights action. Pending before the Court is Defendant Jimenez's motion, under Local Rule 233(a), for administrative relief to extend his March 27, 2026, responsive-pleading deadline.

Good cause appearing, Defendant's motion is **GRANTED**. Defendant Jimenez's deadline to file a motion to dismiss is extended 14 days, up to and including **April 10, 2026**.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

Order Granting Def. Jimenez's Extend Mot. Dismiss Deadline (Case No. 1:22-cv-01119-JLT-SKO (PC))