UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

Plaintiff,

v.

D. GOREE, et al.,

Defendants.

Case No.: 1:22-cv-01119-JLT-SKO (PC)

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO OPPOSE DEFENDANT JIMENEZ'S MOTION TO DISMISS**

(Doc. 58)

Plaintiff Jeremy Jones is proceeding pro se and *in forma pauperis* in this civil rights action.[1]

## I.    RELEVANT BACKGROUND

On December 29, 2025, responding Defendants Ahlmeyer, Brown, Castro, Cortez, Garcia, Goree, Grewal, Igbinosa, Jackson, Mejia, Navarro, Pena, Ramos, Thomas, and Valdez filed a motion to dismiss Plaintiff's second amended complaint. (Doc. 40.)

---

[1] This action proceeds on the following claims: (1) Eighth Amendment conditions of confinement claims against Defendants Jimenez and Goree (Claims 1 & 5); (2) Fourteenth Amendment due process claims against Defendants Goree, Brown, Thomas, Cortez, and Valdez (Claim 2); (3) First Amendment retaliation claims against Defendants Jimenez and Brown (Claim 3); and (4) Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Jackson, Castro, Igbinosa, Ahlmeyer, Grewal, Ramos, Pena, Mejia, Montes, Navarro, Serda (Garcia), Stovall, and Jane or John Doe (Claim 4). (*See* Doc. 24.)

On January 27, 2026, when Plaintiff failed to file an opposition or statement of non-opposition to the responding Defendants' pending motion, the Court issued its Order to Show Cause Why Sanctions Should Not Be Imposed for Plaintiff's Failure to Oppose Defendants' Motion to Dismiss. (Doc. 44.) Plaintiff was directed to respond within 14 days. (*Id*. at 2-3.)

On February 9, 2026, Plaintiff filed a document titled "Notice, Request for [Extension] of Time Due to Extreme Circumstances and Special Request to E-File All Future Filings By Plaintiff" (Doc. 47) and a "Notice to the Court" (Doc. 48).

On February 12, 2026, the Court issued its Order Discharging Order to Show Cause, Order Granting Plaintiff's Motion for an Extension of Time Within Which to Oppose Defendants' Motion to Dismiss, and Order Denying Plaintiff's Request for E-Filing Privileges. (Doc. 49.)

On March 9, Plaintiff filed his opposition to the responding Defendants' motion to dismiss. (Doc. 52.) On March 23, 2026, the responding Defendants filed a reply. (Doc. 55.)

Relatedly, after efforts concerning an appearance by Defendant Jimenez resolved (*see* Docs. 36, 41-43, 45-46), on April 10, 2026, Jimenez filed a motion to dismiss. (Doc. 56.)

On April 13, 2026, Plaintiff filed a document titled "Plaintiff's Response to Defendants' Reply In Support of Opposition." (Doc. 57.)

On April 27, 2026, Plaintiff filed a "Request for [Extension] of Time." (Doc. 58.)

## II.      DISCUSSION

In his brief request, Plaintiff states: "Due to the Plaintiff's caseload and preparation for the board the Plaintiff is unable to oppose this motion to dismiss properly. Therefore the Plaintiff motions this court for a 30 day [extension] of time." (Doc. 58.)

The Court presumes Plaintiff's request relates to Defendant Jimenez's motion to dismiss as the remaining Defendants' motion is fully briefed. A query of the Court's CM/ECF system reveals Plaintiff has four other open actions filed in this Court: *Jones v. Arnette*, 1:16-cv-01212; *Jones v. Castillo*, 1:24-cv-00831; *Jones v. Pelayo*, No. 1:26-01067; and *Jones v. Ayon*, No. 1:26-cv-01487. And a search of the California Department of Corrections and Rehabilitation (CDCR)'s California Incarcerated Records and Information Search (CIRIS) tool using Plaintiff's CDCR

number reveals that a parole suitability hearing has been tentatively set for January 2027.[2] On those bases, Plaintiff requests additional time to "properly" address Jimenez's motion to dismiss. The Court finds good cause to grant Plaintiff's request.

**III.    CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1.  Plaintiff's request for an extension of time (Doc. 58) within which to file an opposition to Defendant Jimenez's motion to dismiss is **GRANTED**; and

2.  Plaintiff **SHALL** file any opposition <u>**no later than Monday, June 1, 2026**</u>.[3]

<u>**WARNING**</u>**: A failure to comply with this Order will result in a recommendation that this action be dismissed, without prejudice, for a failure to comply with court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:    **April 28, 2026**                          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] https://ciris.mt.cdcr.ca.gov/details?cdcrNumber=T42054, last accessed 4/28/2026.

[3] 4/10/26 (date Jimenez's motion was filed) + 21 days = 5/1/26. 5/1/26 + 30 days = 5/31/26. Because May 31 is a Sunday, the deadline carries to the next business day.

3